UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
Case No.: 10−80801
Chapter: 7

**FILED**
May 27, 2010
Therese Buthod, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

---

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
James Richard Bolt
36153 E. 1360
Sasakwa, OK 74867

Social Security No.:
xxx−xx−5542

Employer's Tax I.D. No.:

---

**PLEASE TAKE NOTICE:**

**Status Hearing Set RE: Petition, Schedules C & E, Statement of Financial Affairs and Ch 7 Means Test on the proper forms, ProSe Filing Disclosure and Employee Income Payment Advices and Certification due 5/24/10. You are required to appear at the hearing unless you have complied with the court's requirement prior to the hearing date. Status hearing to be held on 6/23/2010 at 09:00 AM at Courtroom 215, U.S. Post Office & Courthouse, 4th & Grand Okmulgee OK. (Corley, Cheryl)**

STATUS REPORTS SHALL NOT EXCUSE ATTENDANCE HOWEVER, COMPLIANCE PRIOR TO THE DAY OF THE HEARING SHALL EXCUSE ATTENDANCE.

Dated: 5/27/10

*s/ Tom R. Cornish*
UNITED STATES BANKRUPTCY JUDGE